# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

PJG Enterprises, LLC, et al.                                 Civil Action 06-1442

versus                                                        Judge Tucker L. Melançon

Tesco Corporation (US)                          Magistrate Judge Mildred E. Methvin

## ORDER

Before the Court is a Joint Motion to Stay Proceedings Pending Mediation [Rec. Doc. 16]. In the motion, the attorneys for the parties request the Court to:

1) stay the proceedings in this matter for a period of time and (2) to order that the parties complete voluntary mediation of this matter by or before March 31, 2007. As an initial matter, the Court notes that the Scheduling Order in this case was issued on December 22, 2006 [Rec. Doc. 14] and the jury trial is set for January 22, 2008. Further, it is not the policy of the undersigned judge to order parties in cases pending before him to enter into mediation. The Court encourages the parties to resolve this matter through mediation or otherwise, but the trial date and other deadlines established by the December 22, 2006 Scheduling Order will not be stayed. It is therefore

ORDERED that the parties' Joint Motion to Stay Proceedings Pending Mediation [Rec. Doc. 16] is DENIED.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 9th day of January, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE