UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

PJG Enterprises L.L.C., et al                                    Civil Action 06-1442

vs                                                                              Judge Tucker L. Melançon

Tesco Corp.                                                                Magistrate Judge Methvin

**AMENDED ORDER**

Upon coming to the Court's attention that the order granting the parties' Joint Motion and Order for Dismissal Without Prejudice [Rec. Doc. 57] contained an inadvertent clerical error , the Clerk of Court is to strike the February 15, 2008 Order [Rec. Doc. 60] and is to substitute this Amended Order as if it was filed on February 15, 2008.  Accordingly, it is

**ORDERED** that the Joint Motion and Order for Dismissal Without Prejudice [Rec. Doc. 57] is **GRANTED** and:

1. The third-party claims, cross-claims, and/or counter-claims between and amongst Defendants Tesco Corporation (US), Tesco Services Inc., Tesco Corporation, and Tesco Omega Acquisitions, L.P. ("TESCO entities" or "TESCO Defendants") and Third-Party Defendants Tong Specialty, L.L.C., Lamb Energy Services, L.L.C., SESI of Delaware, L.L.C., LES, INC., Edward R. Lamb,

Donald Daigle, and Stacey M. Reaux, (collectively referred to as "Third Party Defendants") are hereby **DISMISSED WITHOUT PREJUDICE** with each party to pay its respective costs and attorneys' fees, reserving to each as follows:

a. To the Defendants Tesco Corporation (US), Tesco Services Inc., Tesco Corporation, and Tesco Omega Acquisitions, L.P. are reserved any claims, causes of action, or defenses that any of them had or may have in the future against any of the Third Party defendants, Lamb Energy Services, L.L.C., individually and as successor to the interests of Tong Specialty, L.L.C., SESI of Delaware, L.L.C., LES, INC., Edward R. Lamb, Donald Daigle, and Stacey M. Reaux, or any other person or entity, including, but not limited to, those claims or causes of action arising out of or in any manner related to the facts and circumstances of the above captioned lawsuit and the Asset Purchase Agreement between the TESCO entities and the Third-Party Defendants, dated November 1, 2005; and

b. To the Third Party Defendants, Lamb Energy Services, L.L.C., individually and as successor to the interests of

Tong Specialty, L.L.C., SESI of Delaware, L.L.C., LES, INC., Edward R. Lamb, Donald Daigle, and Stacey M. Reaux, are reserved any claims, causes of action, or defenses any of them had or may have in the future against Defendants Tesco Corporation (US), Tesco Services Inc., Tesco Corporation, and Tesco Omega Acquisitions, L.P. or any other person or entity, including, but not limited to, those claims or causes of action arising out of or in any manner related to the facts and circumstances of the above captioned lawsuit and the Asset Purchase Agreement between the TESCO entities and the Third-Party Defendants, dated November 1, 2005.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 18th day of February, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE